E-Filed 3/24/17
Link to Dkt. 34

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALL FASHIONS CLOTHING, INC., *et al.*, <br><br> Defendants. | Case No.: 2:16-cv-02146-PSG-JC <br> *Hon. Philip S. Gutierrez Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed in its entirety, without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. This dismissal of the action without prejudice may be converted to a dismissal with prejudice at a later date; and

4. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

5. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: ___3/24/17_____          By: _____
                                      HONORABLE PHILIP S. GUTIERREZ
                                      UNITED STATES DISTRICT JUDGE